Susan S. Gregg, as Administratrix, etc., Re-

## FIFTH DEPARTMENT, JANUARY TERM, 1885.

spondent, v. Jessie Stannard and another, Appellants. — Order affirmed, with ten dollars costs and disbursements.